1  JAMES P. C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  BRIAN W. GOLDMAN, ESQ.
   Nevada Bar Number 6317
3  PYATT SILVESTRI
   701 Bridger Ave., Suite 600
4  Las Vegas, Nevada 89101
   (702) 383-6000
5
   Attorneys for Defendant/
6  Third Party Plaintiff, SLOAN
   VALVE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 FIREMAN'S FUND INSURANCE COMPANY,   )
   a California corporation,            )   CASE NO. 2:10-cv-01816-MMD-VCF
12                                      )
                Plaintiff,              )
13 vs.                                  )
                                        )
14 SLOAN VALVE COMPANY,                 )
   a Delaware corporation, and DOES 1-30,)
15 inclusive,                           )
                                        )
16                                      )
                                        )
17                                      )
                Defendants.             )
18                                      )
                                        )
19 SLOAN VALVE COMPANY,                 )
   a Delaware corporation,              )
20                                      )
                Third Party Plaintiff,  )
21                                      )
   vs.                                  )
22                                      )
   CMS FACILITIES MAINTENANCE, INC.,    )
23 a Colorado corporation, and MOES 1-50,)
   inclusive,                           )
24                                      )
                Third Party Defendants. )
25                                      )

26         **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

27         IT IS HEREBY stipulated and agreed, by and between the parties hereto, through their

28 ///

respective counsel of record, that the above-referenced matter shall be dismissed with prejudice, each party to bear its own fees and costs.

DATED this 6th day of May, 2013.                    DATED this 6th day of May, 2013.

COZEN O'CONNER                                       PYATT SILVESTRI


/s/ Gil Hernandez                                           /s/ Brian Goldman
GIL HERNANDEZ, ESQ.                                  BRIAN W. GOLDMAN, ESQ.
501 W. Broadway, Suite 1610                          701 Bridger Ave., Suite 600
San Diego, CA 92101                                      Las Vegas, NV 89101
Attorneys for Plaintiff,                                     Attorneys for Defendant,
FIREMAN'S FUND INSURANCE CO.              SLOAN VALVE COMPANY


DATED this 6th day of May, 2013

HALL JAFFE & CLAYTON


/s/ Ashlie Surur
7455 West Washington Ave, Suite 460
Las Vegas, NV 89128
Attorneys for Third-Party Defendant,
CMS Facilities Maintenance


### ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own fees and costs.

DATED __6th__ day of May, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE