1  JAMES P. C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  BRIAN W. GOLDMAN, ESQ.
   Nevada Bar Number 6317
3  PYATT SILVESTRI
   701 Bridger Ave., Suite 600
4  Las Vegas, Nevada 89101
   (702) 383-6000
5
   Attorneys for Defendant/
6  Third Party Plaintiff, SLOAN
   VALVE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 FIREMAN'S FUND INSURANCE COMPANY, )
   a California corporation,         )   CASE NO. 2:10-cv-01816-MMD-VCF
12                                   )
                Plaintiff,           )
13 vs.                               )
                                     )
14 SLOAN VALVE COMPANY,              )
   a Delaware corporation, and DOES 1-30, )
15 inclusive,                        )
                                     )
16                                   )
                                     )
17                                   )
                Defendants.          )
18                                   )
                                     )
19 SLOAN VALVE COMPANY,              )
   a Delaware corporation,           )
20                                   )
                Third Party Plaintiff, )
21                                   )
   vs.                               )
22                                   )
   CMS FACILITIES MAINTENANCE, INC., )
23 a Colorado corporation, and MOES 1-50, )
   inclusive,                        )
24                                   )
                Third Party Defendants. )
25                                   )

26     **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

27     IT IS HEREBY stipulated and agreed, by and between the parties hereto, through their

28 / / /

respective counsel of record, that the above-referenced matter shall be dismissed with prejudice, each party to bear its own fees and costs.

DATED this 6th day of May, 2013.

COZEN O'CONNER

/s/ Gil Hernandez
GIL HERNANDEZ, ESQ.
501 W. Broadway, Suite 1610
San Diego, CA 92101
Attorneys for Plaintiff,
FIREMAN'S FUND INSURANCE CO.

DATED this 6th day of May, 2013.

PYATT SILVESTRI

/s/ Brian Goldman
BRIAN W. GOLDMAN, ESQ.
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
SLOAN VALVE COMPANY

DATED this 6th day of May, 2013

HALL JAFFE & CLAYTON

/s/ Ashlie Surur
7455 West Washington Ave, Suite 460
Las Vegas, NV 89128
Attorneys for Third-Party Defendant,
CMS Facilities Maintenance

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own fees and costs.

DATED __6th__ day of May, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE